UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

IN RE:

| | | |
|---|---|---|
| JAMES EDWARD CARTER, IV | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-53179-PMB |
| | : | |

**APPLICATION FOR
LEGAL FEES DUE TO DEBTOR'S COUNSEL
THROUGH CONVERSION TO CHAPTER 11**

*(Total payment sought: $ 2,500.00)*

COMES NOW Slipakoff and Slomka P.C, (the "Law Firm"), Attorneys for Debtor, and files this Application for Legal Fees Due to Debtor's Counsel (this "Application") and in support thereof respectfully shows as follows:

1. The Law Firm has represented Dr. James Edward Carter ("Debtor") since the date of filing the Petition, February 26, 2018.

2. Law Firm has prepared all schedules, attended 341 meeting, prepared, filed and served the Chapter 13 plan, and negotiated with creditors and trustee regarding the amounts of claims and the opportunity for the case to remain in Chapter 13. Law Firm has now determined that the claims exceed the unsecured debt limits within 11 USC § 109, and that conversion to Chapter 11 is appropriate.

3. Law Firm has filed, concurrent herewith, a Motion to Convert Case to Chapter 11, and will represent Debtor in that case going forward. All post conversion fees will be sought through Fee Applications.

1

4.  Law Firm files this Fee Application to approve and collect a total of $2,500.00 to compensate Law Firm for the time and expense incurred in prosecuting the Chapter 13 case through and including conversion. These fees are fair and reasonable and less than the fees earned through a typical business / self-employed Chapter 13.

5.  $2,500 is the precise figure that the Plan proposes to be paid to Debtor's counsel upon dismissal or upon conversion to Chapter 7.

6.  The out-of-pocket expenses incurred by the Law Firm during the Period are included within the $2,500 sought to be approved by the Court.

7.  Law Firm respectfully requests this Court to allow such sums as Chapter 13 interim compensation, and to authorize the Law Firm to disburse $2,500 as earned fees, from the Remaining Funds which shall be delivered from the Chapter 13 Trustee to the Law Firm to hold in trust as a retainer in the post-conversion Chapter 11 case.

WHEREFORE, Law Firm prays that it be allowed Chapter 13 compensation as follows:

(1) $2,500.00, for legal fees and costs incurred through conversion to Chapter 11;

(2) Law Firm shall be entitled to disburse this sum from the funds to be delivered from the Chapter 13 trustee.

Respectfully Submitted,
SLIPAKOFF AND SLOMKA, PC
Attorney for Debtor

By: /s/ Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

2

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| JAMES EDWARD CARTER, IV | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-53179-PMB |
| | : | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Slipakoff & Slomka, PC has filed a APPLICATION FOR LEGAL FEES DUE TO DEBTOR'S COUNSEL THROUGH CONVERSION TO CHAPTER 11 (the "Fee App").

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in Courtroom 1202, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 at 10:00 A.M. on June 14, 2018.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult on. If you do not want the Court to grant the relief sough in these pleadings or if you want to court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so,. If you file a written response, you must attach a certificate stating when, how and on whom (including 2 addresses) you served the response. Mail or deliver your response so that it is received by the Clerk's Office to: Clerk, United States Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your responses to the undersigned at the address stated below.

On this the 16th day of May, 2017

\_\_\_\_/s/_____
Howard P. Slomka
Attorney for Defendant
GA Bar No. 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
(404)800-4017

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

IN RE:

JAMES EDWARD CARTER, IV            :        CHAPTER 13
                                   :
       Debtor.                     :        CASE NO.: 18-53179-PMB
                                   :

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing APPLICATION FOR CHAPTER 13 LEGAL FEES DUE TO DEBTOR'S COUNSEL THROUGH CONVERSION TO CHAPTER 11 upon the following by email and the ECF system.

Melissa J. Davey (served via ECF)
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

James Edward Carter, IV
2000 Norland Circle Court
Alpharetta, GA 30022

Wells Fargo Bank, N.A.
c/o McCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department 1544
Old Alabama Road Roswell, GA 30076

Brian K. Jordan
ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
1800 CENTURY BLVD. NE, SUITE 9100
ATLANTA, GEORGIA 30345-3205

Attn: D. Kolberg

First Data Global Leasing
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Attn: Ashley Boswell

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
401 W PEACHTREE ST, NW
RM 1665, Stop 334-D
ATLANTA, GA 30308-3539
Attn: Priscilla Orr

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286 01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

McCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department 1544
Old Alabama Road Roswell, GA 30076
Attn: Heather A Bock

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701
Attn: Shraddha Bharatia


SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated this May 16, 2018

By:  /s/ Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

6

```
Label Matrix for local noticing        AT&T Mobility II LLC                   American Express National Bank
113E-1                                 c/o AT&T SERVICES INC.                 c/o Becket and Lee LLP
Case 18-53179-pmb                      KAREN A. CAVAGNARO - LEAD PARALEGAL    PO Box 3001
Northern District of Georgia           ONE AT&T WAY, SUITE 3A104              Malvern  PA 19355-0701
Atlanta                                BEDMINSTER, NJ 07921-2693
Wed May 16 16:14:53 EDT 2018

Amex                                   Bank of America, N.A.                  (p)BANK OF AMERICA
Po Box 297871                          P O Box 982284                         PO BOX 982238
Fort Lauderdale, FL 33329-7871         El Paso, TX 79998-2284                 EL PASO TX 79998-2238


Jody Charles Campbell                  Capital One                            James Edward Carter IV
Blum & Campbell, LLC                   PO Box 71083                           2000 Norland Circle Court
Building 100                           Charlotte, NC 28272-1083               Alpharetta, GA 30022-7129
3000 Langford Road
Peachtree Corners, GA 30071-4770


Chase Mtg                              Country Club of the South HOA          Melissa J. Davey
Po Box 24696                           4100 Old Alabama Road                  Melissa J. Davey, Standing Ch 13 Trustee
Columbus, OH 43224-0696                Alpharetta, GA 30022-8615              Suite 200
                                                                              260 Peachtree Street, NW
                                                                              Atlanta, GA 30303-1236

James G Davis                          First Data                             Franklin Collection Service
6410 Old Shadburn Ferry Road           265 Broad Hollow R                     PO Box 2300
Buford, GA 30518-1136                  Melville, NY 11747-4833                Tupelo, MS 38803-2300


(p)GEORGIA DEPARTMENT OF REVENUE       Internal Revenue Service               James David DDS
COMPLIANCE DIVISION                    PO Box 7346                            c/o Jody Charles Campbell
ARCS BANKRUPTCY                        Philadelphia, PA 19101-7346            3000 Langford Rd. Bldg. 100
1800 CENTURY BLVD NE SUITE 9100                                               Peachtree Corners, GA 30071-4770
ATLANTA GA 30345-3202


King, Yanklin & Wilkins, LLP           Taylor S. Mansell                      (p)PORTFOLIO RECOVERY ASSOCIATES LLC
192 Anderson Street, Suite 125         Shapiro Pendergast & Hasty, LLP        PO BOX 41067
Marietta, GA 30060-1930                Suite 300                              NORFOLK VA 23541-1067
                                       211 Perimeter Center Parkway,  NE
                                       Atlanta, GA 30346-1305


Howard P. Slomka                       US Bank Nat'l Assoc et al              Wells Fargo Home Mortgage
Slipakoff & Slomka, PC                 Wells Fargo Bank, N.A.                 PO Box 660455
Overlook III - Suite 1700              Default Doc Processing/N9286-01Y       Dallas, TX 75266-0455
2859 Paces Ferry Rd, SE                1000 Blue Gentian Road
Atlanta, GA 30339-6213                 Eagan, MN 55121-7700



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Bk Of Amer                             Georgia Department of Revenue          (d)Georgia Department of Revenue
Po Box 982238                          Bankruptcy Division                    Central Collections Section
El Paso, TX 79998                      Post Office Box 161108                 1800 Century Blvd NE., Suite 9100
                                       Atlanta, GA 30321                      Atlanta, GA 30345
```

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. BANK NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24