UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING HELD ON AUGUST 2, 2018**

CASE NO.:   18-53179-PMB

DEBTOR:     JAMES E. CARTER, IV

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER AN ORDER HAS BEEN ENTERED CONVERTING THE CASE TO CHAPTER 11.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

DEBTOR HAS RECEIVED NO ORDER CONVERTING CASE.

PLEASE ENTER AN ORDER OF DISMISSAL IF CASE HAS NOT BEEN CONVERTED.

August 22, 2018

_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

18-53179-PMB

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

James Edward Carter, IV
2000 Norland Circle Court
Alpharetta, GA 30022

ATTORNEY FOR DEBTOR:

Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This __22nd_____ day of August, 2018.


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No. 142575




Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444